IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

OLIVER E. GRIFFIN                                                                                    PLAINTIFF

VS.                                           Civil No. 10-CV-1058

WAL-MART                                                                                           DEFENDANT

## ORDER

Now on this 27th day of September, 2010, comes on for consideration the proposed findings and recommendations filed herein on August 31, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days having passed without objections being filed by the parties, the Court hereby adopts *in toto* the findings and recommendations.

Accordingly, the Court finds that the Plaintiff's Motion for Service [Doc. 2] should be and is hereby denied. Further, the Court finds that the Plaintiff's Complaint is dismissed. *See* 28 U.S.C. § 1915(e)(2)

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**